**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7604**

———————

STEVEN J. KEY,

Petitioner - Appellant,

versus

STATE OF WEST VIRGINIA; NICHOLAS COUNTY,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge.
(CA-98-1108-5)

———————

Submitted: April 28, 2000          Decided: August 7, 2000

———————

Before WILKINS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Steven J. Key, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven J. Key appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Key v. West Virginia</u>, No. CA-98-1108-5 (S.D.W. Va. Nov. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>